**Electronically Filed
Supreme Court
SCPW-25-0000891
23-JUN-2026
10:35 AM
Dkt. 281 ODDP**

SCPW-25-0000891

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE JAMIE JEFFREY HABIG

_____

ORIGINAL PROCEEDING
(CAAP-25-0000840; CASE NO. 5CLP-25-0000079)

ORDER DENYING PETITIONS
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kimura, assigned by reason of vacancy)

Upon consideration of the petition filed December 24, 2025, and the record, an extraordinary writ is unwarranted because this proceeding is not intended to replace normal appellate procedures, and review of the probate court's decisions may occur through normal appellate procedures. See Womble Bond Dickinson (US) LLP v. Kim (Womble), 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023). Nor do we find the amount of time that the Intermediate Court of Appeals has taken to review Petitioner's appeal to be unreasonable, particularly when Petitioner files numerous documents throughout the appeal.

It is ordered that the December 24, 2025 petition is denied.

It is also ordered:

1.  The petitions filed on April 21, 2026, lack merit and are denied.  See Womble, 153 Hawaiʻi at 319, 537 P.3d at 1166.

2.  Docket 32 is stricken because it contains a certified birth certificate from the State of Hawaiʻi, see Hawaiʻi Revised Statutes § 338-18 (2022 & Supp. 2024) and Rules 2.19 and 9 of the Hawaiʻi Court Records Rules (HCRR).  Docket 180 is stricken because it contains a full account number, in violation of HCRR Rules 2.19 and 9.

3.  Petitioner did not comply with the procedural and substantive requirements to file dockets 27 and 185 under seal. See State v. Rogan, 156 Hawaiʻi 233, 243, 573 P.3d 616, 626 (2025).  Petitioner may file a motion within ten days of this order that provides justification to seal dockets 27 and 185. See id.  If Petitioner does not file a motion within ten days of this order, the clerk shall unseal dockets 27 and 185.  If Petitioner files a motion within ten days, the clerk shall stay the unsealing of these dockets pending further order.

4.  Petitioner's in forma pauperis is denied as moot.

DATED: Honolulu, Hawaiʻi, June 23, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jordon J. Kimura



2